**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-7953**

EDWARD SABARI BRYAN,

                    Plaintiff - Appellant,

          v.

SCDC; JONATHAN E. OZMINT,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  R. Bryan Harwell, District Judge.
(3:08-cv-00846-RBH)

Submitted:  February 18, 2010      Decided:  February 25, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward Sabari Bryan, Appellant Pro Se.  Matthew Blaine Rosbrugh,
DAVIDSON & LINDEMANN, PA, Columbia, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Sabari Bryan appeals the district court's order adopting the recommendation of the magistrate judge and granting summary judgment for the Defendants on Bryan's action under 42 U.S.C. § 1983 (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bryan v. SCDC, No. 3:08-cv-00846-RBH (D.S.C. Sept. 29, 2009). Additionally, we deny Bryan's motions to compel and for production of a transcript. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED